# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:04-cv-00329-W

| | |
|---|---|
| JANNA D. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JO ANNE B. BARNHART in her ) | |
| capacity as Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment (Doc. No. 9). Pursuant to the oral ruling entered in open court on September 27, 2006, Defendant's Motion for Summary Judgment is hereby GRANTED, and Defendant's Motion to Dismiss is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: September 28, 2006

Frank D. Whitney
United States District Judge